**Order filed March 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00594-CR

_____

**JACK MANISCALCO, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCR-056387**

## O R D E R

The reporter's record in this case was originally due August 8, 2011. *See* Tex. R. App. P. 35.2.   On August 11, 2011, Karen Woolsey, informed this court that no payment arrangements had been made and there was another court reporter involved in this appeal, Rhonda Armbruster.   On August 25, 2011, this court notified appellant that no payment arrangements had been made.   On February 28, 2012, counsel for appellant filed a second motion for extension of time to file appellant's brief.

Appellant's motion states that payment arrangements have been made with Karen Woolsey for preparation of the reporter's record and that Karen Woolsey cannot have the reporter's record ready in less than sixty (60) days. The motion does not state that any portion of the record is to be prepared by Rhonda Armbruster.

Accordingly, we order **Karen Woolsey** to inform this court within ten (10) days of the date of this order (1) whether payment arrangements have been made; and (2) is Rhonda Armbruster responsible for a portion of the reporter's record. Further, if payment arrangements have been made, **Karen Woolsey** is ordered to file a motion for extension of time to file the reporter's record within ten (10) days of the date of this order.

PER CURIAM